J. Scott Conlon, #011829
Sarah A. Schade, #031527
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile: (602) 307-5853
*sconlon@rcdmlaw.com*
*sschade@rcdmlaw.com*
*docket@rcdmlaw.com*
*Attorneys for Defendants Charles Ryan,
Richard Pratt, Brenda Rojas, Kataushia
Thomas, Tammy Taylor, and Julia Barnett*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Thomas O. Bastian,<br><br>                                      Plaintiff,<br><br>v.<br><br>Charles Ryan, et al.,<br><br>                                      Defendants. | No. 2:16-cv-01866-PGR-BSB<br><br>**DEFENDANTS RYAN, PRATT, THOMAS, TAYLOR, AND BARNETT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS [DOCS. 38-42]**<br><br>**AND**<br><br>**DEFENDANT RYAN'S SUBSEQUENT REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS [DOC. 59]**<br><br>**(First Request)** |

Defendants Charles Ryan ("Ryan"), Richard Pratt ("Pratt"), Kataushia Thomas ("Thomas"), Tammy Taylor ("Taylor"), and Julia Barnett ("Barnett") (collectively, "Defendants"), by and through undersigned counsel, hereby respectfully request a thirty-day extension of time from the current deadline of January 9, 2017, in which to file their respective Responses to Plaintiff's First Sets of Requests for Production of Documents [Docs. 38-42]. In so doing, and to simplify matters such that all Responses will be filed on the same date, Defendant Ryan further requests an additional fourteen-day extension

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 1, 2:16-cv-01866-PGR-BSB)          3306-0201

3376379.v1

of time from the current deadline of January 23, 2017, in which to file his Response to Plaintiff's Second Set of Requests for Production of Documents [Doc. 59].

On December 8, 2016, Plaintiff propounded his First Sets of Requests for Production of Documents separately and individually upon Defendants Barnett [Doc. 38], Thomas [Doc. 39], Taylor [Doc. 40], Pratt [Doc. 41], and Ryan [Doc. 42], amounting to a staggering sixty-three Requests in total – the vast majority of which are entirely distinct from one another and are composed of multiple subparts. On December 27, 2016, Plaintiff propounded his Second Set of Requests for Production of Documents solely upon Defendant Ryan [Doc. 59], totaling six additional Requests, not including subparts, which, for instance, include as many as twenty-six in "Production Request No. 2." [Id. at 2].

Although this Court prescribed a limit of fifteen (15) requests for production, including subparts, from each party to another party in this case [*see* Doc. 28 at 2], Plaintiff's Requests to which Defendants must respond are extremely voluminous and convoluted, requiring considerable time and effort to appropriately respond. Consider, for instance, Plaintiff's Request No. 6 to Defendant Taylor, which requests "copies of any/all e-mails and/or written documents from any nursing staff who have notified Defendant Taylor of Plaintiff's medical care needs between the dates of 10-14-15 and 10-14-16." [Doc. 40 at 3]. In order to respond to this Request, Defendant Taylor must locate and read through every single email correspondence and unspecified written "document," which presumably ranges from, among other things, letters to medical notations without limitation, that somehow show that she was placed on "notice" of Plaintiff's "medical care needs" over the course of a full year. [*See* id.] Then, each selected page of documentation to produce must be individually reviewed and redacted to comply with HIPAA, as well as the Arizona Department of Corrections' ("ADOC") and Corizon, LLC's ("Corizon") specific policies and procedures as to the safety and security

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 2, 2:16-cv-01866-PGR-BSB)            3306-0201

3376379.v1

of both its staff members and inmates/patients alike. This, for just one single Response. The sheer volume of documentation to review, produce, and redact is extensive.

In light of these voluminous Requests, despite Defendants' diligence and best efforts to comply with the January 9, 2017 deadline to respond to Plaintiffs' First Sets of Requests for Production [Docs. 38-42], it appears that Defendants will be unable to do so. However, in a good faith effort to comply with this deadline, Defendants will timely submit their objections to Plaintiff's First Sets of Requests and file their Notice of so doing with this Court on January 9, 2017. Then, should this Court be so inclined, Defendants will file their supporting documentation to Plaintiff's First Sets of Requests [Docs. 38-42] within the thirty-day extension by February 8, 2017, as well as Defendant Ryan's Response to Plaintiff's Second Set of Requests [Doc. 59] for continuity purposes. This reasonable and brief extension should provide Defendants sufficient time to finalize their comprehensive review and production of documentation in response to Plaintiff's Requests.

For these aforementioned reasons, this requested extension is supported by very good cause. This Motion is brought in good faith and not for the purpose of mere delay. No trial date has been set and there would be no prejudice to Plaintiff should this short extension be granted.

RESPECTFULLY SUBMITTED this 5th day of January, 2017.

RENAUD COOK DRURY MESAROS, PA


By *s/J. Scott Conlon*
    J. Scott Conlon
    Sarah A. Schade
    One North Central, Suite 900
    Phoenix, Arizona 85004-4417
    *Attorneys for Defendants Charles Ryan,*
    *Richard Pratt, Brenda Rojas, Kataushia*
    *Thomas, Tammy Taylor, and Julia Barnett*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 3, 2:16-cv-01866-PGR-BSB)   3306-0201

3376379.v1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and served the attached document by U.S. Mail on the following person who is not a registered participant of the CM/ECF System:

Thomas O. Bastian #T315283
LBJ Facility
3250 W. Lower Buckeye Road
Phoenix, AZ 85009

By  *s/I. Tuuling*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853