**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Thomas O. Bastian, | No. 2:16-cv-01866-PGR-BSB |
| Plaintiff, | **ORDER** |
| v. | |
| Charles Ryan, et al., | |
| Defendants. | |

Pursuant to Defendants Ryan, Pratt, Thomas, Taylor and Barnett's Motion for Extension of Time to Respond to Plaintiff's First Sets of Requests for Production of Documents [Docs 38-42] and Defendant Ryan's Subsequent Request for Extension of Time to Respond to Plaintiff's Second Set of Requests for Production of Documents [Doc. 59], and good cause appearing,

IT IS ORDERED granting Defendants Ryan, Pratt, Thomas, Taylor and Barnett a thirty-day extension of time from the current deadline of January 9, 2017, in which to file their respective Responses to Plaintiff's First Sets of Requests for Production of Documents [Docs. 38-42].

IT IS FURTHER ORDERED granting Defendant Ryan an additional fourteen-day extension of time from the current deadline of January 23, 2017, in which to file his Response to Plaintiff's Second Set of Requests for Production of Documents [Doc. 59].