Thomas Bastien T#69832
Meso Facility
3250 W. Lower Buckeye Rd
PHX, AZ. 85009

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 17 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ SR DEPUTY

In The United State District Court

For The District of Arizona

| Thomas Bastien Plaintiff | Case No: 16-cv-01866-PGR-BSB |
|---|---|
| vs | Plaintiff's Response to Defendant's Motion For Extension of Time (Doc. 70) |
| Charles Ryan, et al, Defendants | |

Comes Now, Thomas Bastien, Plaintiff pro-se respectfully withdrawing his requests for the following specific Discovery from the defendants. Plaintiff is acting in good faith in order to reduce the volume of requested discovery for the defendants and to abide by the Discovery limitations set by the Court in its Scheduling order [Doc. 28].

Plaintiff list's the following Discovery

1

Requests to be Withdrawn from the Defendants:

A.) Production of Documents Requests:

1.) Production Requests Number: 22, 21, 16, 15, 11, and 10 of Document 42.

2.) Document 59 in it's entirety.

3.) Production Requests Number: 16 of Document 39.

B.) Requests For Admissions:

1.) Document 58 in its entirety

2.) Request For Admission Numbers: 10 and 9 of Plaintiff's First Request For Admissions to Defendant Ryan.

3.) Request For Admission Numbers: 15, 13, 4, 2, and 1 of Plaintiff's First Request For Admissions to Defendant Thomas

4) Request For Admissions Numbers: 16, 14, 10, and 5 of Plaintiff's First Request For Admissions to Defendant Barnett.

5) Request For Admissions Numbers: 20, 19, 18, 17, 14, 11, 9, 4, and 2 of Plaintiff's First Request For Admissions to Defendant Taylor.

The Plaintiff withdraws the above listed specific Discovery requests to reduce the volume of discovery, reduce any burden on defendants, and to act in good faith.

For these aforementioned reasons, Plaintiff withdraws the above Discovery requests.

RESPECTFULLY SUBMITTED this 11 day of January, 2017.

BY: _____
Thomas Bastian
Plaintiff Pro-se.

3.

## MARICOPA COUNTY SHERIFF'S OFFICE

# **CERTIFICATION**

I hereby certify that on this date          **12 January 2017**

I mailed the original and three (3) copies to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

√ Attorney   **Joseph Scott Conlon & Sarah Ann Schade,** Renaud Cook Drury Mesaros PA 1 N Central Ave., Ste. 900, Phoenix, AZ 85004-4417

/ Other _____

_____   B3527
Legal Support Specialist Signature    S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009